# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:96CR11

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| CHARLES MICHAEL BAKER ) | |

**THIS MATTER** is before the Court on a request from the Court in the Western District of Arkansas to unseal certain documents herein for use in proceedings against the Defendant in that Court.

The Court has been advised that the file of this case has been stored at the Federal Records Center in Atlanta, Georgia, and personnel in that facility are standing by to copy the pertinent documents and make them available to the Court in Arkansas upon receipt of an order directing the unsealing of the relevant documents.

The Court finds that the sealed documents are relevant to the proceedings in the Western District of Arkansas and will make such documents available to that Court.

**IT IS, THEREFORE, ORDERED** that personnel at the Federal Records Center in Atlanta, Georgia, are hereby directed to unseal Pleading Nos. 28, 32, 33 and 38, make copies of such pleadings, forward same to the Court for the Western District of Arkansas at Harrison, reseal the named pleadings, and restore the file in their archives.

Signed: May 8, 2008

Lacy H. Thornburg
United States District Judge